UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE
Liberty Center, Suite 970
Pittsburgh, Pennsylvania 15222
Telephone: (412) 644-4756
Facsimile: (412) 644-4785
Heather.Sprague@usdoj.gov

By: Heather A. Sprague, Esquire (Massachusetts ID 661541)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NUMBER: |
| Riverhounds Event Center, LP | § § | 14-21180 JAD |
| DEBTOR | § § § | CHAPTER 11 |

APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to §1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above referenced case:

1. Ann Rankin
   Sodexo Operations
   306 Willow Brook Road
   Louisville, KY  40243
   Tel. (502) 553-8902 Fax (502) 245-7118
   Email:  anne.rankin@sodexo.com

2. Sandra L. Picchi
   Picchi Contracting, Inc.
   4932 Carlyn Drive
   Pittsburgh, PA  15236
   Tel. (412) 292-0441 Fax (412) 881-0899
   Email:  slpeeky@verizon.net

3. Pravin Thakur
   PM Computing
   9400 McKnight Road, Suite 202
   Pittsburgh, PA  15237
   Tel. (412) 204-8076 Fax (412) 548-1796
   Email:  pravin@pm-computing.com

Date: April 16, 2014					Roberta A. DeAngelis
							United States Trustee


						By: /s/Heather A. Sprague
							Heather A. Sprague
							Trial Attorney
							Heather.Sprague@usdoj.gov