IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| RIVERHOUNDS EVENT CENTER, L.P., ) | |
| ) | Bankr. No. 14-21180 |
| Debtor. ) | |
| ) | |
| RIVERHOUNDS EVENT CENTER, L.P. and ) | Doc. No. ___ |
| OFFICIAL COMMITTEE OF UNSECURED ) | |
| CREDITORS OF RIVERHOUNDS EVENT ) | Related to Doc Nos. 5, 6, 19, and 26 |
| CENTER, L.P. ) | |
| ) | |
| Movants, ) | |
| ) | |
| v. ) | |
| ) | |
| NO RESPONDENTS ) | |

**STIPULATION OF THE DEBTOR AND OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF THE DEBTOR
EXTENDING THE RESPONSE DEADLINE FOR CERTAIN MOTIONS**

AND NOW, comes the debtor, Riverhounds Event Center, L.P. (the "Debtor") and the Official Committee of Unsecured Creditors of Riverhounds Event Center, L.P. (the "REC Committee") and files this Stipulation Extending the Response Deadline for Certain Motions (this "Stipulation") as follows.

**GENERAL BACKGROUND**

1. On March 26, 2014, the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

2. In the early stages of this case, the Debtor filed the following motions (collectively, the "Motions"), which this Court entered Orders proving for the response deadlines and hearing dates and times listed below.

{C0357147.1 }

| Motion/Application | Response Deadline | Hearing Date/Time | *EXTENDED RESPONSE DEADLINE FOR COMMITTEE ONLY* |
|---|---|---|---|
| Application of the Debtor to Engage Leech Tishman as Debtor's Counsel [D.E. 6] | 4/17/2014 | 4/24/2014 @ 10:00 a.m. | 4/22/2014 |
| Application of the Debtor to Engage Gleason and Associates as Financial Advisor [D.E. 26] | 4/17/2014 | 4/24/2014 @ 10:00 a.m. | 4/22/2014 |
| Motion of the Debtor to Use Cash Collateral [D.E. 5] | 4/18/2014 | 4/25/2014 @ 10:00 a.m. | 4/23/2014 |
| Motion of the Debtor for DIP Financing [D.E. 19] | 4/18/2014 | 4/25/2014 @ 10:00 a.m. | 4/23/2014 |

3.  Yesterday afternoon, i.e., April 16, 2014, the REC Committee was appointed by the United States Trustee. The REC Committee and its undersigned counsel are in the process of familiarizing themselves with the Debtor, its affiliated debtor Riverhounds Acquisition Group, L.P., and their respective bankruptcy case (including the Motions) to determine if a response to any or all of the Motions is necessary or appropriate.

4.  In light of the foregoing, counsel for the REC Committee spoke with counsel for the Debtor seeking an extension of time to file responses to the Motions. Counsel for the Debtor consented to the extensions set forth above, which is two (2) days prior to the hearing on each Motion.

<THE REMAINDER OF THIS PAGE WAS INTENTIONALLY LEFT BLANK>

WHEREFORE, the Debtor and the REC Committee files this Stipulation with the Court and seeks an Order confirming such extensions.

|  |  |
|---|---|
| Dated: April 17, 2014<br>Pittsburgh, Pennsylvania | Respectfully submitted,<br><br>By:/s/ Paul J. Cordaro<br>Paul J. Cordaro, Esq.<br>PA I.D. No. 85828<br>pjc@camlev.com<br>310 Grant Street, Suite 1700<br>Pittsburgh, PA 15219<br>Tel: (412) 261-0310<br>Facsimile: (412) 261-5066<br><br>*Proposed Counsel for the Official Committee of Unsecured Creditors of Riverhounds Event Center, L.P.*<br><br>-and-<br><br>By:/s/ John M. Steiner<br>John M. Steiner, Esquire<br>PA I.D. No. 79390<br>jsteiner@leechtishman.com<br>LEECH TISHMANFUSCALDO & LAMPL, LLC<br>525 William Penn Place; 28th Floor<br>Pittsburgh, PA 15219<br>Tel: (412) 261-1600<br><br>*Proposed Counsel for the Debtor* |