(N)

# IN THE UNITED STATES BANKRUTPCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No.: 14-21180JAD |
| RIVERHOUNDS EVENT CENTER, L.P., ) ) | Doc. # 122 |
| Debtor. ) ) | Chapter 11 |
| DAVID M. WILKE; ) GREENTREE SPORTSPLEX, LP; ) WILKE & ASSOCIATES, LLP; ) DW & BW, INC. ) ) | Hearing Date: |
| Movants. ) | |

## ORDER GRANTING MOTION FOR THE APPOINTMENT OF A TRUSTEE

AND NOW, this 24th day of April, 2014, upon consideration of the Motion for the Appointment of a Chapter 11 Trustee, filed by David M. Wilke, Greentree Sportsplex, LP, Wilke & Associates, LLP, and DW & BW, Inc., it is:

ORDERED, ADJUDGED, and DECREED that the Motion is ~~granted~~ denied, without prejudice, for the reasons stated on the record.

BY THE COURT:

Dated: 4.24.2014

JEFFERY A. DELLER
CHIEF U.S. BANKRUPTCY JUDGE

FILED
APR 2 4 2014
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST OF PENNSYLVANIA